UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 01-6504-CIV-ALTONAGA/White

**BRUCE SIMMONS**,

    Petitioner,

vs.

**UNITED STATES OF AMERICA**,

    Respondent.

_____/

## **ORDER**

**THIS CAUSE** came before the Court on Petitioner, Bruce Simmons' Notice of Inquiry Regarding this Court's Order to the Clerk of the Court to Open a New Civil Case Number [D.E. 101], filed October 5, 2006. On September 1, 2006, the Court issued an Order designating Petitioner's Motion for Order Granting Unopposed Motion for Relief from Section 2255 Judgment Pursuant to Fed. Rule of Civil Procedure 60(b)(4), (5), and (6) [D.E. 76] as a Motion to Vacate Sentence pursuant to 28 U.S.C. § 2255. The Order instructed the Clerk of Court to open a new case number under which all filings related to the Motion should be directed. The Order also referred the Motion to Magistrate Judge White for a Report and Recommendation.

The September 1, 2006 Order included the referral to Magistrate Judge White in order to clarify that a previous Referral Order [D.E. 84][1] would apply under the new case number. Respondent filed its Response to Petitioner's Motion [D.E. 85] on August 28, 2006, and at this time, Judge White has yet to issue his Report and Recommendation. Accordingly, it is

---

[1] The Court had initially referred Petitioner's Motion to Judge White in an Order [D.E. 84] issued on August 15, 2006.

CASE NO. 01-6504-CIV-ALTONAGA/White

**ORDERED AND ADJUDGED** that the Clerk of the Court shall **OPEN** a new civil case number to which all future filings related to Petitioner's Motion [**D.E. 76**] should be directed.

**DONE AND ORDERED** in Chambers at Miami, Florida this 16th day of October, 2006.

_____
**CECILIA M. ALTONAGA**
**UNITED STATES DISTRICT JUDGE**

Copies furnished to:

(1) Magistrate Judge Patrick A. White
(2) Bruce Simmons, *pro se*
    FCI Miami (Low)
    #54822-004
    P.O. Box 779800
    Miami, FL 33177-0200
(3) United States Attorney